**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JEANNIE DICLEMENTI** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **LYFT, INC., et al** | * | **Civil Action No.:** |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1446, Defendants Lyft, Inc., and Myong Gun

Kim, give notice of the removal of this action to the United States District Court for the District

of Maryland.

### Basis for Removal

1.      This is a civil action seeking money damages due to alleged breach of contract,

fraud, and violation of consumer protections.

2.      Plaintiff, Jeannie DiClementi is a citizen of the State of Indiana.

3.      Defendant, Lyft, Inc. is a Delaware corporation with its principal place of

business located in California.

4.      Defendant Myong Gun Kim is a citizen of the Commonwealth of Virginia.

5.      This Court has subject matter jurisdiction due to diversity of citizenship under 28

U.S.C. §1332.

6.      Attached is a copy of all process and pleadings served on the Defendant.

7.      Written notice of removal is being supplied to all parties, and a copy of the

Notice is being filed with the Clerk of the U.S. District Court for the District of Columbia.

/s/ Margaret Fonshell Ward

Margaret Fonshell Ward (92206)
DOWNS WARD BENDER HERZOG & KINTIGH, P.A.
Executive Plaza III, Suite 400
11350 McCormick Road
Hunt Valley, Maryland 21031
Phone:  410-584-2800
mward@downs-ward.com
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of August 2022, a copy of the foregoing

Notice of Removal was filed with the Clerk of the Court, using the CM/ECF system and sent

electronically, to:

Reshad Favors, Esquire
Burns Sheppard Favors, PLLC
1875 Connecticut Ave, NW 10th Floor
Washington, DC 20009
**Counsel for Plaintiff**

/s/Margaret Fonshell Ward

Margaret Fonshell Ward